ALMEDA ·E. DAYNARD, Respondent, v. AMAZIAH DAY-
NARD et al., Defendants, and MERTON E. SIXBURY et al.,
Appellants.

*Daynard* v. *Daynard*, 159 App. Div. 934, affirmed.
(Argued December 1, 1915; decided December 17, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 17, 1913, affirming a judgment in
favor of plaintiff entered upon a decision of the court on
trial at Special Term in an action brought against the
heirs, legatees and devisees of Luther Daynard, deceased,
to enforce specific performance of an alleged oral contract
to devise to the plaintiff, his wife, his real property.

*John Conboy* and *Jerome B. Cooper* for appellants.

*Fred B. Pitcher* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.